**Order entered November 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00983-CV

## IN THE INTEREST OF D.D.B., A CHILD

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-14-13313

## ORDER

The reporter's record in this appeal has not been filed although appellant's docketing statement reflects he requested the reporter's record September 10, 2018 and he filed a statement of inability to afford court costs that has not been contested. Accordingly, we **ORDER** court reporter Francheska Duffey to file the record without payment of costs no later than December 7, 2018. *See* TEX. R. CIV. P. 145(a),(f); TEX. R. APP. P. 35.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Duffey and the parties.

/s/      DAVID EVANS
         JUSTICE